IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:91-CR-92-1H

UNITED STATES OF AMERICA,    )
    )
    )
    )
    v.    )
    )        **ORDER**
    )
ENERVA TROTMAN,    )
    )
    Defendant.    )
    )

This matter is before the court on defendant's motions for resentencing under the First Step Act [DE #270, #272, #275], as well as defendant's motion as well as a motion for compassionate release [DE #280]. The government has responded to the motion for compassionate release. For lack of good cause shown, these motions are DENIED.


This 21st day of January 2020.


_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26