```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                       EASTERN DIVISION
                       NO. 4:91-CR-92-1H
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| ) | |
| ENERVA TROTMAN, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on remand from the Fourth Circuit Court of Appeals. The Fourth Circuit vacated this court's orders on defendant's motion for sentence reduction pursuant to section 404 of the First Step Act of 2018 as well as his motion for compassionate release and remanded for further proceedings.

The court hereby orders the Federal Public Defender to appoint counsel to represent defendant on these matters.[1] Said counsel shall file supplemental motion(s) or a status report within 28 days of the filing of this order. The government shall then respond

---

[1] The court notes Jamie Vavonese has already been appointed to represent defendant on a subsequently filed compassionate release motion.

as appropriate within the time provided by the Federal Rules of Procedure and Local Rules of this court.

This 21st day of January 2021.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26

2

Case 4:91-cr-00092-H   Document 319   Filed 01/21/21   Page 2 of 2